No. 943

First Circuit

———

ADAM v. PICCIOLA BROS. ET AL.

———

(February 8, 1932. Opinion and Decree.)

———

Harvey Peltier, of Thibodaux, and Daly & Hamlin, of New Orleans, attorneys for plaintiff, appellant.

Howell & Deramee, of Thibodaux, attorneys for defendants, appellees.

MOUTON, J. For the reasons given in the case of Alexander J. Sandrass and wife v. Picciola Brothers et al., 19 La. App. 80, 139 So. 725, the judgment rejecting plaintiff's demand herein appealed from, is affirmed.